■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT WINKLER, Appellant. (Appeal No. 2.)—Order unanimously affirmed. Memorandum: The Grand Jury minutes, which were considered by the court in deciding defendant's severance motion, were properly included in the record on appeal (see, People v Longo, 39 AD2d 633; People v La Placa, 17 AD2d 766). (Appeal from Order of Monroe County Court, Marks, J.—Settle Record on Appeal.) Present—Green, J. P., Pine, Boehm, Fallon and Doerr, JJ.